UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSMOND G. COUSINS,

                Plaintiff,

– against –

FACULTY HOME COLUMBIA UNIVERSITY, *et al.*,

                Defendants.

**ORDER**

21 Civ. 5755 (ER)

Ramos, D.J.:

    This Order is entered in response to Defendants' counsel's email to Chief Judge Laura Taylor Swain on October 11, 2021.

    As counsel noted, this matter was administratively closed on July 13, 2021 due to certain filing deficiencies. On September 28, 2021 and September 29, 2021, respectively, Plaintiff filed the First Amended Complaint and Request for Issuance of Summons. Docs. 11, 12. On October 12, 2021, because Plaintiff cured the filing deficiencies, Chief Judge Swain granted Plaintiff's request to reopen the action and directed the Clerk of Court to reassign this action to a district judge, in accordance with the Rules for the Division of Business Among District Judges. Doc. 13. Thus, the case was reopened and reassigned to this Court.

    Defense counsel's October 11 email will be docketed. This Order will also be emailed to the parties' counsel.

    It is SO ORDERED.

Dated: October 15, 2021
New York, New York

                                                        Edgardo Ramos, U.S.D.J.